## Doe *ex dem.* Cobbs *v.* Alvarez.

APPEAL from the Circuit Court of Mobile.
Tried before the Hon. WILLIAM S. ANDERSON.

MITCHELL & TONSMEIRE and D. B. COBBS, for appellant.

No counsel marked as appearing for appellee.

This was a common law action of ejectment, brought by the appellant against the appellee.

From a judgment in favor of the defendant the present appeal is prosecuted.

The judgment is reversed and the cause remanded.

Opinion by TYSON, J.

---

## Haynes *v.* Peoples Savings Bank & Trust Co.

APPEAL from the Circuit Court of Marshall.
Tried before the Hon. J. A. BILBRO.

EDGAR O. MCCORD, for appellant.

STEELE & ISBELL, for appellee.

This was an action brought by the appellee, The Peoples' Savings Bank and Trust Company, against the appellant, J. W. Haynes.

From a judgment in favor of the plaintiff the defendant appeals.

The judgment is affirmed, no assignments of error having been made.

Opinion by SHARPE, J.